IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
Case No. 5:21-CV-00058-M

| | |
|---|---|
| MICHAEL PARKER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | ORDER |
| ) | |
| KILOLO KIJAKAZI, Acting Commissioner ) | |
| of Social Security, ) | |
| ) | |
| Defendant. ) | |

This matter comes before the court on the Consent Motion to Reopen filed by Defendant [DE 18]. On June 23, 2021, the court granted the parties' consent motion to remand and imposed a stay of the proceedings in this case pending completion of the proceedings before the Commissioner on remand. DE 13. In the present motion, Defendant asserts that "[p]roceedings on remand are now concluded, and the case is ready to proceed in this Court." The court construes the Defendant's motion as a request to lift the stay.

For good cause shown, Defendant's motion is GRANTED, and the stay of proceedings is LIFTED. On or before May 5, 2022, Defendant shall file an answer to the operative Complaint (DE 5) and copies of the record of the proceedings below.

SO ORDERED this 21st day of April, 2022.

RICHARD E. MYERS II
CHIEF UNITED STATES DISTRICT JUDGE